IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAQUISHA KNIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION |
| VILLA NORTH INVESTORS, LLC, ) | NO. 7:19-CV-22-HL |
| VILLA NORTH GA, LLC, ROYAL ) | |
| AMERICAN DEVELOPMENT, INC., ) | |
| JOHN DOE, ABC CORPORATION, ) | |
| and XYZ ENTITY, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER ADDING AND DROPPING PARTIES

Upon consideration of the parties' consent motion to add and drop parties, and for good cause shown,

IT IS HEREBY ORDERED that (1) Villa North Investors, LLC and Royal American Development, Inc. are dropped from the case; (2) Royal American Management, Inc. is added to the case as a defendant; (3) plaintiff shall file an amended complaint reflecting these changes within one week from the entry of this order; (4) Royal American Management, Inc. shall file an answer to the amended complaint within one week after plaintiff files the amended complaint; and (5) the

caption of this case shall be changed according to how it appears in the amended complaint.

SO ORDERED, this 7th day of March, 2019.

                                       *s/ Hugh Lawson*
                                       HUGH LAWSON, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT