IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LAQUISHA KNIGHT, | * |
| Plaintiff, | * |
| v. | Case No.  7:19-cv-22(HL) |
| | * |
| VILLA NORTH GA, LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated March 26, 2021 and  April 14, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.  Defendants Villa North GA, LLC and Royal American Management, Inc. shall also recover costs of this action.

This 14th day of April, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk